Case 4:25-cr-06034-RLP    ECF No. 23    filed 10/31/25    PageID.66    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:25-CR-06034-RLP-1 |
|---|---|
| Plaintiff, | NO CONTACT ORDER |
| v. | |
| JOSEPH RALLAND WHIPPLE, | |
| Defendant. | |

At the initial appearance and arraignment on October 30, 2025, the United States requested that the Court order a prohibition on contact between Defendant and certain individuals. The Court requested that the parties submit their agreed upon language to the Court, and the Court has since received that language.

Accordingly, **IT IS ORDERED**:

1.  Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution.

2.  The Defendant is prohibited from any and all contact, to include contact via electronic means or through any third parties, with any co-conspirators, including but not limited to, Haley Morgan and Charles Lon Seltz. Defendant is also prohibited from any and all contact, to include contact via electronic means or through any third parties, with Minor Victim 1 or Minor Victim 2.

ORDER - 1

3. The Defendant may have contact with his mother, Connie McDermott, via recorded audio and video calls in the Benton County jail; Defendant is prohibited from any other form of contact with Ms. McDermott.

**IT IS SO ORDERED.**

DATED October 31, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2